IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>        *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 16-04040 |

## ORDER

    **AND NOW**, this 20th day of January, 2017, upon consideration of Defendants' Motion to Dismiss (ECF No. 10), and Plaintiff's response (ECF No. 14), it is hereby **ORDERED** that:

1. Defendants' motion (ECF No. 10) is **GRANTED in part**;

2. Defendants' motion is **DENIED** with respect to Count 1; Counts 2–11 are **DISMISSED with prejudice**;

3. Plaintiff's motion to compel a more definitive statement (ECF No. 19) is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.