IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH TAGGART,

    *Plaintiff,*

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

    *Defendants.*

CIVIL ACTION
NO. 16-cv-04040

## **ORDER**

**AND NOW**, this 9th day of May, 2017, upon consideration of the following motions and their responses, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss for failure to state a claim and lack of subject matter jurisdiction, (ECF No. 29), is **GRANTED** and Taggart's claim for First Amendment retaliation is **DISMISSED** without prejudice;

2. Taggart's motion for reconsideration, (ECF No. 31), is **DENIED**;

3. Taggart's motion to strike, (ECF No. 34), is **DENIED**;

4. Taggart's motion to withdraw complaint without prejudice and/or amend complaint, (ECF No. 36), is **DENIED**;

5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.